UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>BRIAN ALFRED ROBINSON,<br><br>                 Defendant. | CASE NO. 06CR1447-JM<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

_XX_    the jury has returned its verdict, finding the defendant not guilty;

_XX_    of the offense(s) of: Title 21 USC 952 and 960 - Importation of Cocaine and Title 21 USC 841(a)(1) - Possession of Cocaine with Intent to Distribute.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: December 14, 2006

                                            JEFFREY T. MILLER
                                            UNITED STATES DISTRICT JUDGE

                                            ENTERED ON _____.